UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:19-CV-28-GNS
*ELECTRONICALLY FILED*

JOANIE MARIE FRAZIER                                                                              PLAINTIFF

vs.                                  **DEFENDANTS' JOINT NOTICE OF REMOVAL**

CHRIS TRULOCK, et al.                                                                          DEFENDANTS

* * * * * * * *

Come now the Defendants, Chris Trulock, individually and in his official capacity, Larry Dale Martin, individually and in his official capacity, Sean Henry, individually and in his official capacity, the Horse Cave Police Department, Randall Curry, individually and in his official capacity, and the City of Horse Cave, Kentucky, by their respective counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446(b)(c), and for their Joint Notice of Removal, state herein as follows:

1.      On February 15, 2019, Plaintiff filed a Complaint in the Hart Circuit Court, Division I, Civil Action No. 19-CI-00031, against each of the aforementioned Defendants, which Complaint asserting claims under 42 U.S.C. § 1983 and alleging multiple violations of federal law, including, but not limited to, the following:

62.      Under color of law, the Defendants denied Plaintiff's rights, privileges, and/or immunities secured by the United States Constitution or other federal law by ... thereby depriving her of her rights, privileges and immunities as guaranteed by the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution.

63.      As a result of the concerted unlawful and malicious searches and arrests by the Defendants, Plaintiff was deprived of liberty without due process of law and in violation of her right to equal protection

under the laws, and in violation of the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

64.     The conduct of the Defendants violates clearly established constitutional rights.

65.     The conduct of the Defendants constituted a reckless and/or callous indifference to Plaintiff's federally protected rights.

...

70.     The Defendants' conduct infringed upon the Plaintiff's exercise of free speech, sought to punish her for exercising her fundamental constitutional rights, deprived her of her right to free speech in her own home, and violated the First and Fourteenth Amendments to the United States Constitution.

71.     As a direct and proximate result of the acts of the Defendants, Plaintiff suffered a deprivation of her constitutional and statutory rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution in violation of 42 U.S.C. § 1983.

...

81.     The Officer Defendants acted with deliberate indifference and gross negligence and denied Plaintiff of her rights, privileges, and/or immunities secured by the United States Constitution by depriving her of the right to be free from excessive force, unreasonable seizures, and cruel and unusual punishment under the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution in violation of 42 U.S.C. § 1983.

*Plaintiff's Complaint*, pp. 9-12.  Plaintiff's Complaint raises numerous federal questions since it alleges a violations the U.S. Constitution, and specifically the Fourth, Fifth, Eighth and Fourteenth Amendments.  *28 U.S.C. § 1331*.  Accordingly, these Defendants are entitled to remove this action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

2.     The United States District Court for the Western District of Kentucky has original jurisdiction to adjudicate this dispute, as federal district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.  *28 U.S.C. §*

*1331.* This Court also has supplemental jurisdiction over Plaintiff's state law claims for assault, battery, false arrest, false imprisonment and negligence. *28 U.S.C. § 1367.*

3.      Venue is proper and lies in the Western District of Kentucky, Bowling Green Division, because the underlying action was filed in the Hart Circuit Court, Division I, and arises from an incident occurring in Hart County, Kentucky.

4.      This Notice of Removal is being timely filed, as the Defendants, by rule, have thirty (30) days from receipt of the Plaintiff's Complaint to file pleadings to remove this action, and the Defendant Larry Dale Martin was served with process on or about February 21, 2019. *28 U.S.C. §1446(b)(2)(B).*

5.      The undersigned counsel have obtained consent from all Defendants to this action who have no objection to the removal of this action to the Western District of Kentucky, Bowling Green Division.

6.      Notice has been provided to the Hart Circuit Court, Division I, of the filing of this Notice of Removal.  The Defendants request that all actions pending in the Hart Circuit Court, Division I, be stayed and held in abeyance pending removal.

7.      Copies of all pleadings and documents, including exhibits, filed to date, in the Hart Circuit Court, Division I, are attached collectively as Exhibit #1 pursuant to 28 U.S.C. §1446(a).

**WHEREFORE**, the Defendants, Chris Trulock, individually and in his official capacity, Larry Dale Martin, individually and in his official capacity, Sean Henry, individually and in his official capacity, the Horse Cave Police Department, Randall Curry, individually and in his official capacity, and the City of Horse Cave, Kentucky, by counsel, respectfully request that this petition be granted, that the action now pending in the Hart Circuit Court, Division I, be removed to the Western

District of Kentucky at Bowling Green, and that all proceedings in the state court action be stayed and held in abeyance.

This the 8th day of March, 2019.

BELL, HESS & VAN ZANT, PLC
P.O. Box 844
2819 Ring Road, Suite 101
Elizabethtown, Kentucky  42702-0844
(270) 765-4196
(270) 737-4790 – FAX
jbell@bhvzlaw.com


BY: __/s/ Jason Bell_____
Jason Bell
*Attorney for Defendant*
*Larry Dale Martin, II*

AND


BY: __/s/ Matthew Cook (w/permission)_
Thomas N. Kerrick
Matthew Cook
KERRICK BACHERT, PSC
1025 State Street
P.O. Box 9547
Bowling Green, Kentucky 42102-9547
*Attorney for Defendants Randall Curry,*
*Horse Cave Police Department*
*and City of Horse Cave, Kentucky*


AND


BY: __/s/ Carol Schureck Petitt (w/permission)_
Carol S. Petitt
Falin M. McKenzie
VAUGHN PETITT LEGAL GROUP,. PLLC
7600 West Highway 146, Suite 100
Pewee Valley, Kentucky 40056
*Attorney for Defendants Chris Trulock*
*And Sean Henry*

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 8, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a true and correct copy of the foregoing was this day sent via U.S. and/or electronic mail as follows:

Adrian Mendiondo
Morgan & Morgan Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, Kentucky 40507
*Attorney for Plaintiff*

Johnny W. Bell
Gillenwater, Hampton & Bell Law Firm
108 North Green Street
Glasgow, Kentucky 42141
*Attorney for Plaintiff*

___/s/ Jason Bell_____
*Attorney for Defendant*
*Larry Dale Martin, II*

5